**E. KENT WINWARD #5562**
**ABRAHAM SMOOT #12666**
**Attorney for Debtor(s)**
**4850 Harrison Blvd, Suite 1**
**Ogden UT 84403**
**Telephone: (801) 392-8200**
**Facsimile: (801) 392-2724**
**utahbankruptcyfirm@gmail.com**

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| **In the Matter of**:<br><br>**Danielle Ramirez**<br><br><br><br>**Debtor(s)** | Case No. 26-22533<br><br>Chapter 13<br><br>**Judge David H. Leigh** |

**DEBTOR'S DECLARATION OF CLAIMS REVIEW**

1. The Debtor's Chapter 13 Plan (hereinafter the "Plan"), as modified by the Order Confirming Chapter 13 Plan, has been confirmed pursuant to 11 U.S.C. § 1325.

2. The governmental unit claims bar date set pursuant to Fed. R. Bankr. P. 3002(c)(1) was 10/28/2026.

3. As of the date of this Declaration, the Debtor has reviewed the following claims filed with the United States Bankruptcy Court for the District of Utah:

*See Exhibit A*

4. The following objections to claims have been filed and noticed for hearing:

| CLAIM # | CREDITOR | HEARING DATE |
|---|---|---|
| | | |

5. I understand that any secured claims filed by creditors or on the creditors' behalf will not be paid by the Trustee unless the Plan or Confirmation Order provides for such payment or unless a motion to modify the confirmed Plan to provide for such payment is granted.

6. I understand that notwithstanding any provision in the Plan, creditors will not receive payment by the Trustee unless a timely proof of claim is filed and deemed allowed or unless the claim of such creditor is otherwise allowed by court order.

DATED: August 11, 2026

_/s/_E. Kent Winward__________
E. Kent Winward
Abraham O. Smoot VII
Attorney for Debtors

# EXHIBIT A

# District of Utah
# Claims Register

PLEASE NOTE: claim information on this register may not accurately reflect information contained in the proof of claim.

26-22533 Danielle Catherine Ramirez

**Judge:** David H. Leigh **Chapter:** 13
**Office:** Salt Lake City **Last Date to file claims:** 07/10/2026
**Trustee:** Lon Jenkins tr **Last Date to file (Govt):** 10/28/2026

*Creditor:* (12908887) History
Money 4 you
3721 S 250 W., Ste 204
Ogden, UT 84405

**Claim No: 1**
*Original Filed Date*: 05/06/2026
*Original Entered Date*: 05/06/2026

*Status:*
*Filed by:* CR
*Entered by:* Chloe Brown
*Modified:*

Amount claimed: $1876.05

*History:*
Details 1-1 05/06/2026 Claim #1 filed by Money 4 you, Amount claimed: $1876.05 (Brown, Chloe)

*Description:*
*Remarks:*

*Creditor:* (12911969)
U.S. Department of Housing and Urban Development
1670 Broadway 25th Floor
Denver CO 80202

**Claim No: 2**
*Original Filed Date*: 05/06/2026
*Original Entered Date*: 05/06/2026

*Status:*
*Filed by:* CR
*Entered by:* Sonia Johnson
*Modified:*

Amount claimed: $117907.19
Secured claimed: $117907.19

*History:*
Details 2-1 05/06/2026 Claim #2 filed by U.S. Department of Housing and Urban Development, Amount claimed: $117907.19 (Johnson, Sonia)

*Description:*
*Remarks:*

*Creditor:* (12912867)
SCIL INC
2312 E TRINITY MILLS RD STE 100
Carrollton TX 75006

**Claim No: 3**
*Original Filed Date*: 05/07/2026
*Original Entered Date*: 05/07/2026

*Status:*
*Filed by:* CR
*Entered by:* Carrie Smith
*Modified:*

Amount claimed: $2682.16

*History:*
Details 3-1 05/07/2026 Claim #3 filed by SCIL INC, Amount claimed: $2682.16 (Smith, Carrie)

*Description:*
*Remarks:*

*Creditor:* (12908935)
Utah State Tax Commission
210 North 1950 West
Salt Lake City, UT 84134-3340

**Claim No: 4**
*Original Filed Date*: 05/07/2026
*Original Entered Date*: 05/07/2026

*Status:*
*Filed by:* CR
*Entered by:* Aaron M. Waite
*Modified:*

Amount claimed: $12631.90
Secured claimed: $3265.70
Priority claimed: $9003.01

*History:*
Details 4-1 05/07/2026 Claim #4 filed by Utah State Tax Commission, Amount claimed: $12631.90 (Waite, Aaron)

*Description:*
*Remarks:*

*Creditor:* (12913024)
LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 5**
*Original Filed Date*: 05/07/2026
*Original Entered Date*: 05/07/2026

*Status:*
*Filed by:* CR
*Entered by:* Helga H. Ridgeway
*Modified:*

Amount claimed: $1364.08
Secured claimed: $0.00

*History:*
Details 5-1 05/07/2026 Claim #5 filed by LVNV Funding, LLC, Amount claimed: $1364.08 (Ridgeway, Helga)

*Description:*
*Remarks:*

*Creditor:* (12913100)
Ashley Funding Services, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Claim No: 6**
*Original Filed Date*: 05/07/2026
*Original Entered Date*: 05/07/2026

*Status:*
*Filed by:* CR
*Entered by:* Brandie M McCann
*Modified:*

Amount claimed: $53.90
Secured claimed: $0.00

*History:*
Details 6-1 05/07/2026 Claim #6 filed by Ashley Funding Services, LLC, Amount claimed: $53.90 (McCann, Brandie)

*Description:*
*Remarks:*

*Creditor:* (12913714)
Bridgecrest Acceptance Corporation c/o AIS Portfol
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

**Claim No: 7**
*Original Filed Date*: 05/08/2026
*Original Entered Date*: 05/08/2026

*Status:*
*Filed by:* CR
*Entered by:* Rohan Pardeshi
*Modified:*

Amount claimed: $14709.74
Secured claimed: $14709.74

*History:*
Details 7-1 05/08/2026 Claim #7 filed by Bridgecrest Acceptance Corporation c/o AIS Portfol, Amount claimed: $14709.74 (Pardeshi, Rohan)

*Description:*
*Remarks:*

*Creditor:* (12908892) History
Mountain Land Collections LLC
PO Box 1280
American Fork, UT 84003

**Claim No: 8**
*Original Filed Date*: 05/11/2026
*Original Entered Date*: 05/11/2026

*Status:*
*Filed by:* CR
*Entered by:* Quinn M. Kofford
*Modified:*

Amount claimed: $1366.78

*History:*
Details 8-1 05/11/2026 Claim #8 filed by Mountain Land Collections LLC, Amount claimed: $1366.78 (Kofford, Quinn)

*Description:*
*Remarks:*

*Creditor:* (12915717)
Bank of Missouri
2700 S. Lorraine Place
Sioux Falls, SD 57106

**Claim No: 9**
*Original Filed Date*: 05/11/2026
*Original Entered Date*: 05/11/2026

*Status:*
*Filed by:* CR
*Entered by:* gci
*Modified:*

Amount claimed: $281.48

*History:*
Details 9-1 05/11/2026 Claim #9 filed by Bank of Missouri, Amount claimed: $281.48 (gci)

*Description:*
*Remarks:* (9-1) Total Visa

*Creditor:* (12916346)
Capital One N.A.
by AIS InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083

**Claim No: 10**
*Original Filed Date*: 05/11/2026
*Original Entered Date*: 05/11/2026

*Status:*
*Filed by:* CR
*Entered by:* Henry Makwana
*Modified:*

Amount claimed: $226.11

*History:*
Details 10-1 05/11/2026 Claim #10 filed by Capital One N.A., Amount claimed: $226.11 (Makwana, Henry)

*Description:*
*Remarks:*

*Creditor:* (12908859)
Express Recovery Svcs
2790 Decker Lake Dr
Salt Lake City, UT 84119

**Claim No: 11**
*Original Filed Date*: 05/12/2026
*Original Entered Date*: 05/12/2026

*Status:*
*Filed by:* CR
*Entered by:* April McCloud
*Modified:*

Amount claimed: $158.95

*History:*
Details 11-1 05/12/2026 Claim #11 filed by Express Recovery Svcs, Amount claimed: $158.95 (McCloud, April)

*Description:*
*Remarks:*

*Creditor:* (12908859)
Express Recovery Svcs
2790 Decker Lake Dr
Salt Lake City, UT 84119

**Claim No: 12**
*Original Filed Date*: 05/12/2026
*Original Entered Date*: 05/12/2026

*Status:*
*Filed by:* CR
*Entered by:* April McCloud
*Modified:*

Amount claimed: $27138.95

*History:*
Details 12-1 05/12/2026 Claim #12 filed by Express Recovery Svcs, Amount claimed: $27138.95 (McCloud, April)

*Description:*
*Remarks:*

*Creditor:* (12930419)
Upstart Network, Inc
c/o Peritus Portfolio Services II, LLC
PO Box 1149
GRAPEVINE, TX 76099

**Claim No: 13**
*Original Filed Date*: 05/29/2026
*Original Entered Date*: 05/29/2026

*Status:*
*Filed by:* CR
*Entered by:* Steve Hornbeck
*Modified:*

Amount claimed: $602.63

*History:*
Details 13-1 05/29/2026 Claim #13 filed by Upstart Network, Inc, Amount claimed: $602.63 (Hornbeck, Steve)

*Description:* (13-1) Money Loaned
*Remarks:*

*Creditor:* (12908877)
IRS
PO BOX 7346
Philadelphia, PA 19101-7346

**Claim No: 14**
*Original Filed Date*: 06/04/2026
*Original Entered Date*: 06/04/2026

*Status:*
*Filed by:* CR
*Entered by:* Dawna B. Hill
*Modified:*

Amount claimed: $42451.32
Secured claimed: $0.00
Priority claimed: $22527.99

*History:*
Details 14-1 06/04/2026 Claim #14 filed by IRS, Amount claimed: $42451.32 (Hill, Dawna)

*Description:*
*Remarks:*

*Creditor:* (12937592)
MERRICK BANK
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Claim No: 15**
*Original Filed Date*: 06/09/2026
*Original Entered Date*: 06/09/2026

*Status:*
*Filed by:* CR
*Entered by:* Lore'L Thompson
*Modified:*

Amount claimed: $726.46
Secured claimed: $0.00

*History:*
Details 15-1 06/09/2026 Claim #15 filed by MERRICK BANK, Amount claimed: $726.46 (Thompson, Lore'L)

*Description:*
*Remarks:*

District of Utah Live Database 26-22533

*Creditor:* (12941699)
Atlas Acquisitions LLC
492C Cedar Lane, Ste 442
Teaneck, NJ 07666

**Claim No: 16**
*Original Filed*
*Date*: 06/14/2026
*Original Entered*
*Date*: 06/14/2026

*Status:*
*Filed by:* CR
*Entered by:* Avi Schild
*Modified:*

Amount claimed: $415.72
Secured claimed: $0.00

*History:*
Details 16-1 06/14/2026 Claim #16 filed by Atlas Acquisitions LLC, Amount claimed: $415.72 (Schild, Avi)

*Description:*
*Remarks:*

*Creditor:* (12908934) History
TITAN LEGAL
Utah First Federal Credit Union
12339 S 800 E STE 100
DRAPER, UT 84020

**Claim No: 17**
*Original Filed*
*Date*: 06/16/2026
*Original Entered*
*Date*: 06/16/2026

*Status:*
*Filed by:* CR
*Entered by:* Michelle Veurink
*Modified:*

Amount claimed: $1680.83

*History:*
Details 17-1 06/16/2026 Claim #17 filed by TITAN LEGAL, Amount claimed: $1680.83 (Veurink, Michelle)

*Description:*
*Remarks:*

*Creditor:* (12943272)
Quantum3 Group LLC as agent for
CKS Prime Investments LLC
PO Box 788
Kirkland, WA 98083-0788

**Claim No: 18**
*Original Filed*
*Date*: 06/16/2026
*Original Entered*
*Date*: 06/16/2026

*Status:*
*Filed by:* CR
*Entered by:* Jessi White
*Modified:*

Amount claimed: $1717.74

*History:*
Details 18-1 06/16/2026 Claim #18 filed by Quantum3 Group LLC as agent for, Amount claimed: $1717.74 (White, Jessi)

*Description:* (18-1) Money Loaned
*Remarks:*

*Creditor:* (12946310)
Midland Credit Management, Inc.
PO Box 2037
Warren, MI 48090

**Claim No: 19**
*Original Filed*
*Date*: 06/22/2026
*Original Entered*
*Date*: 06/22/2026

*Status:*
*Filed by:* CR
*Entered by:* Mohsina Bagum
*Modified:*

Amount claimed: $713.91

*History:*
Details 19-1 06/22/2026 Claim #19 filed by Midland Credit Management, Inc., Amount claimed: $713.91 (Bagum, Mohsina)

*Description:* (19-1) 3966
*Remarks:*

*Creditor:* (12946362)
Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

**Claim No: 20**
*Original Filed Date*: 06/22/2026
*Original Entered Date*: 06/22/2026

*Status:*
*Filed by:* CR
*Entered by:* Kristen Will
*Modified:*

Amount claimed: $917.53

*History:*
Details 20-1 06/22/2026 Claim #20 filed by Jefferson Capital Systems, LLC, Amount claimed: $917.53 (Will, Kristen)

*Description:* (20-1) Credit Card
*Remarks:*

*Creditor:* (12946362)
Jefferson Capital Systems, LLC
P.O. Box 7999
Saint Cloud, MN 56302-9617

**Claim No: 21**
*Original Filed Date*: 06/22/2026
*Original Entered Date*: 06/22/2026

*Status:*
*Filed by:* CR
*Entered by:* Kristen Will
*Modified:*

Amount claimed: $1842.37

*History:*
Details 21-1 06/22/2026 Claim #21 filed by Jefferson Capital Systems, LLC, Amount claimed: $1842.37 (Will, Kristen)

*Description:* (21-1) Credit Card
*Remarks:*

*Creditor:* (12948552)
T-MOBILE USA INC
Jefferson Capital Systems, LLC Assignee
PO BOX 7999
SAINT CLOUD, MN 56302-9617

**Claim No: 22**
*Original Filed Date*: 06/24/2026
*Original Entered Date*: 06/24/2026

*Status:*
*Filed by:* CR
*Entered by:* Nancy Mehrenberg
*Modified:*

Amount claimed: $691.83

*History:*
Details 22-1 06/24/2026 Claim #22 filed by T-MOBILE USA INC, Amount claimed: $691.83 (Mehrenberg, Nancy)

*Description:* (22-1) TELECOM
*Remarks:*

*Creditor:* (12950872)
Verizon
by AIS InfoSource LP as agent
PO Box 4457
Houston, TX 77210-4457

**Claim No: 23**
*Original Filed Date*: 06/26/2026
*Original Entered Date*: 06/26/2026

*Status:*
*Filed by:* CR
*Entered by:* Jordan O'Neal
*Modified:*

Amount claimed: $178.21

*History:*
Details 23-1 06/26/2026 Claim #23 filed by Verizon, Amount claimed: $178.21 (O'Neal, Jordan)

*Description:*
*Remarks:*

*Creditor:* (12908823)
Cascade Collections
P.O. Box 970547
Orem, UT 84097-0000

**Claim No: 24**
*Original Filed Date*: 07/03/2026
*Original Entered Date*: 07/03/2026

*Status:*
*Filed by:* CR
*Entered by:* Chad Rasmussen
*Modified:*

Amount claimed: $45098.47
Secured claimed: $45098.47

*History:*
Details 24-1 07/03/2026 Claim #24 filed by Cascade Collections, Amount claimed: $45098.47 (Rasmussen, Chad)

*Description:*
*Remarks:*

*Creditor:* (12958233)
PORTFOLIO RECOVERY ASSOCIATES, LLC
POB 41067
Norfolk, VA 23541

**Claim No: 25**
*Original Filed Date*: 07/08/2026
*Original Entered Date*: 07/08/2026

*Status:*
*Filed by:* CR
*Entered by:* Ebony Russell
*Modified:*

Amount claimed: $442.29
Secured claimed: $0.00
Priority claimed: $0.00

*History:*
Details 25-1 07/08/2026 Claim #25 filed by PORTFOLIO RECOVERY ASSOCIATES, LLC, Amount claimed: $442.29 (Russell, Ebony)

*Description:*
*Remarks:*

*Creditor:* (12959487)
Peritus Portfolio Services II, LLC
P.O. Box 1149
Grapevine, TX 76099

**Claim No: 26**
*Original Filed Date*: 07/09/2026
*Original Entered Date*: 07/09/2026

*Status:*
*Filed by:* CR
*Entered by:* Kelcey Davenport
*Modified:*

Amount claimed: $1114.82

*History:*
Details 26-1 07/09/2026 Claim #26 filed by Peritus Portfolio Services II, LLC, Amount claimed: $1114.82 (Davenport, Kelcey)

*Description:*
*Remarks:*

*Creditor:* (12959533)
Aidvantage on behalf of
Dept of Ed Loan Services
PO BOX 300001
Greenville TX 75403

**Claim No: 27**
*Original Filed Date*: 07/09/2026
*Original Entered Date*: 07/09/2026

*Status:*
*Filed by:* CR
*Entered by:* Elizabeth Dries
*Modified:*

Amount claimed: $21367.78

*History:*
Details 27-1 07/09/2026 Claim #27 filed by Aidvantage on behalf of, Amount claimed: $21367.78 (Dries, Elizabeth)

*Description:*
*Remarks:*

*Creditor:* (12908883)
Loancare Llc
3637 Sentara Way
Virginia Beach, VA 23450

**Claim No: 28**
*Original Filed Date*: 07/10/2026
*Original Entered Date*: 07/10/2026

*Status:*
*Filed by:* CR
*Entered by:* Hillary R. McCormack
*Modified:*

Amount claimed: $298665.52
Secured claimed: $298665.52

*History:*
Details 28-1 07/10/2026 Claim #28 filed by Loancare Llc, Amount claimed: $298665.52 (McCormack, Hillary)

*Description:* (28-1) Arrearage $11,063.79
*Remarks:*

*Creditor:* (12961017)
Opportunity Financial, LLC
P.O. Box 5040
Fredericksburg, VA 22403

**Claim No: 29**
*Original Filed Date*: 07/10/2026
*Original Entered Date*: 07/10/2026

*Status:*
*Filed by:* CR
*Entered by:* Brandon Lefkowitz
*Modified:*

Amount claimed: $3974.93

*History:*
Details 29-1 07/10/2026 Claim #29 filed by Opportunity Financial, LLC, Amount claimed: $3974.93 (Lefkowitz, Brandon)

*Description:* (29-1) MONEY LOANED
*Remarks:*

## Claims Register Summary

PLEASE NOTE: the totals at the end of this summary include all sums from each claim and amendments and accordingly, may not be accurate.

**Case Name:** Danielle Catherine Ramirez
**Case Number:** 26-22533
**Chapter:** 13
**Date Filed:** 05/01/2026
**Total Number Of Claims:** 29

| | |
|---|---|
| **Total Amount Claimed*** | $602999.65 |
| **Total Amount Allowed*** | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| **Secured** | $479646.62 | |
| **Priority** | $31531.00 | |
| **Administrative** | | |

# PACER Service Center

## Transaction Receipt

08/11/2026 11:28:35

| | | | |
|---|---|---|---|
| **PACER Login:** | wl009720 | **Client Code:** | |
| **Description:** | Claims Register | **Search Criteria:** | 26-22533 Filed or Entered From: 1/1/1990 Filed or Entered To: 8/11/2026 |
| **Billable Pages:** | 3 | **Cost:** | 0.30 |